Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-013-842

**Effective Date of Registration:**
August 15, 2016

---

## Title

**Title of Work:**   P&P Imports 2016 Lookbook

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   January 02, 2016
**Nation of 1st Publication:**   United States

## Author

- **Author:**   P&P Imports, LLC
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   P&P Imports, LLC
2120 Placentia Avenue, 2120 Placentia Avenue, Costa Mesa, CA, 92627, United States

---

## Rights and Permissions

**Organization Name:**   ThornCrest Law
**Name:**   Kathleen M Walker
**Email:**   kathleen@thorn-crest.com
**Telephone:**   (619)871-1237
**Alt. Telephone:**   (619)871-1237
**Address:**   3143 Russell Street
San Diego, CA 92106 United States

## Certification

**Name:**   Kathleen M. Walker

Page 1 of 2

**Date**:   August 10, 2016

---

**Correspondence:**   Yes
**Copyright Office notes:**   Basis for Registration: Collective work



P&P Imports

2016 Lookbook

P&P IMPORTS

# CONTENTS

2 **GoFloats**
4 GI-Floatmingo-01
16 GI-Swan-01
27 GI-Swan-Black-01
35 GI-Swan-Gold-01
43 GI-Gator-01
53 GI-Unicorn-01
61 LB-01
69 PT-Flamingo-01
76 PT-Swan-01
83 PT-Duck-01
91 PT-Penguin-01
101 PT-Unicorn-01
106 DF-Flamingo-01
111 DF-Swan-01
117 DF-Duck-01
123 DF-Unicorn-01
127 DF-Palm-01
133 DF-Guard-01
139 DF-Gator-01
144 **GoSports**
147 Balls-PB
152 Bocce-90-01
163 Bocce-100-01
170 CH-01
173 CH-01-America
174 CH-01-Football
178 CH-01-LED

181 CH-01-MDF
184 CH-01-RB
187 CH-01-Wood-Black
190 CH-01-Wood-Natural
193 CH-02
199 CH-02-LED
202 CH-02-MDF
205 CH-02-RB
207 CH-02-Wood-Natural
210 CH-03
213 CH-04
215 CH-Bags-4-Colors
234 CH-Bags-8
237 CH-Bags-America
240 CH-Bags-Case-01
242 CH-Case-01
245 CH-Case-32
247 CHWT-01
253 CONE-LED-9-6
257 CONES-2-20
260 DB-01
264 Disc-LED
278 Disc-LED-Multi-5
278 DS-01
284 DS-02
290 FB-LED-01
293 SB-LED-01
296 GD-6-01

301 LT-01
309 LT-02
314 LT-03
318 LT-Bolos
320 LT-Bolos-Soft
322 PUG-01
329 PUG-02
335 RB-01
336 RB-02
337 RB-03
338 RT-01
344 SL-01
351 TT-01
359 WT-01
361 WT-02
368 **GoPong**
371 BG-12
376 CG-12
390 CG-16
392 CG-24
394 GB-03
401 GP-01
410 GP-6
414 GP-8-America
418 GP-8-DryErase
421 GP-8-Football
425 GP-8-PRO
429 GP-CR2032-12

431 HEX-50-01
435 IPF-02
439 LF-03
444 NR-01
446 PB-01
455 PG-01
461 PL-01
468 PP-03
471 PPR-01
477 PPT-01
483 SCF-02
489 SF-02
498 SF-Bottle-02
502 SF-Sport-02
505 SG-10-White

















GoSports® **WT-01** - Product Images









GoSports **WT-02** - Product Images

362



Stainless Steel

**Targets latch together and have handles**







GoSports® WT-02 - Product Images

364





# GoSports®

**WT-02** - Graphic Artwork

## Washer Toss Game Rules

### Includes:

- (2) Wooden Washer Targets
- (4) Blue Washers
- (4) Red Washers

### Game Setup:

Find a flat open space and place the two washer targets **20 feet** from each other (about 7 paces). This distance can be changed based on player ability and desired speed of play. Games can be played **1 vs 1**, or teams of **2 vs 2**. Make sure there are no objects, non-playing persons or structures close to the targets, as errant shots can damage and/or cause bodily harm.

**1 vs 1:** Both players will throw to the same washer box, but rules and scoring are the same as team play.

**2 vs 2:** Players on each team should stand on opposite sides and throw towards eachother, **(see diagram).**



20ft

### Playing The Game:

To determine who begins the first round, each player tosses one washer toward the opposite target and whoever gets closest to the hole, will be the first to throw. Players alternate throwing their washers until all 8 have been thrown. The team who wins the points will throw first the next round, **(see scoring below).**

### Scoring:

- A washer in the center pipe is worth **3 Points**.
- A washer in the box is worth **1 Point**.
- Washers that do not land inside the target recieve **0 Points**.

Add up how many points you earned each round and compare your score to your opponents. Each team's points cancel each other out so only **one team can score per round.** For example, if red scored 6 points and blue scored 4 points, red adds 2 points to their score. The first team or person to reach **21 Points**, wins!

### Optional Rules:

- **Skunk Rule:** If a team reaches **11 Points** without the other team scoring, the game is over.
- **Exacta Rule:** A team must hit **21 Points** without going over. If a team goes over, their score drops down to **15 Points.**



## Game Care:

By design, this game involves throwing metal washers at wood targets. We do use solid birch wood, but the washers will bang up the targets over time. While the game will never stay brand new, the functionality will not be affected, and you should show it's battle scars with pride. Avoid getting the games wet. If they do get wet, make sure they are fully dried before storing away, or you will probably find a rusty surprise the next time you play. Do not use any other washers or projectiles with this game other than the provided washers as this can cause damage to the game.

## Customer Service:

If you have any questions or concerns regarding your GoSports® Washer Toss Set, please reach out to us at info@gosports.com and we will get back to you right away. We 100% stand behind our products and want to make sure you get the full enjoyment that you paid for. Enjoy!



1. Logo Art



**WT-02** - Graphic Artwork