Exhibit B

5% OFF on all orders with coupon **"9A01"**

CALL US 954-519-2555   ORDER STATUS   MY ACCOUNT   CONTACT US   HELP

**ojcommerce®**   Departments ▸   🔍 washer toss

🚚 **FREE SHIPPING** ON ALL ORDERS

Home > washer toss

## Search results for "washer toss"   (1 Items)

CATEGORY ▸   PRICE PER ITEM ▸

SORT BY   RELEVANCE ▸



BSN Sports Bulls-Eye Washers Game
BSN Sports
from **$39.23** $54.99

*Click here* **Exclusive Promotion**

5% OFF on all orders with coupon "9A01"

CALL US 954-519-2555 | ORDER STATUS | MY ACCOUNT | CONTACT US | HELP

**ojcommerce**

Departments ▶ | Find Anything 🔍

Home > Recreation > Lawn Games > All Lawn Games > BSN Sports Bulls-Eye Washers Game >

# BSN Sports Bulls-Eye Washers Game

by BSN Sports

Item # 1268874

$ **39.23** List Price: $54.99

🔥 **Limited Time Offer**
5% off on all orders with coupon 9A01. You pay $37.27

1 | **ADD TO CART**

🚚 **FREE SHIPPING**
Usually ships within 3-4 Business Days

✅ **IN STOCK**

be the first to Write a review

⊕ Hover to zoom

Stainless Steel

Targets latch together and have handles

Full Description | Shipping Info



5% OFF on all orders with coupon "9A01"

CALL US 954-519-2555 | ORDER STATUS | MY ACCOUNT | CONTACT US | HELP

**ojcommerce**®

Departments | Find Anything

Home > Recreation > Lawn Games > All Lawn Games > BSN Sports Bulls-Eye Washers Game >

## BSN Sports Bulls-Eye Washers Game

by BSN Sports

Item # 1268874

**$ 39.23** List Price: $54.99

🔥 **Limited Time Offer**
5% off on all orders with coupon 9A01. You pay $37.27

[ 1 ]

**ADD TO CART**

🚚 **FREE SHIPPING**
Usually ships within 3-4 Business Days

✓ **IN STOCK**

be the first to Write a review

Full Description | Shipping Info

5% OFF on all orders with coupon "9A01"

CALL US 954-519-2555 | ORDER STATUS | MY ACCOUNT | CONTACT US | HELP

**ojcommerce**

Departments | Find Anything

Home > Recreation > Lawn Games > All Lawn Games > BSN Sports Bulls-Eye Washers Game >

# BSN Sports Bulls-Eye Washers Game

by BSN Sports

Item # 1268874

**$ 39.23**  List Price: $54.99

**Limited Time Offer**
5% off on all orders with coupon 9A01. You pay $37.27

[ 1 ]   **ADD TO CART**

**FREE SHIPPING**
Usually ships within 3-4 Business Days

**IN STOCK**

be the first to Write a review

Full Description | Shipping Info

Specifications

5% OFF on all orders with coupon "9A01"

CALL US 954-519-2555 | ORDER STATUS | MY ACCOUNT | CONTACT US | HELP

ojcommerce®

Departments | Find Anything

Home > Recreation > Lawn Games > All Lawn Games > BSN Sports Bulls-Eye Washers Game

# BSN Sports Bulls-Eye Washers Game

by BSN Sports

Item # 1268874

$ 39.23  List Price: $54.99

🔥 Limited Time Offer
5% off on all orders with coupon 9A01. You pay $37.27

1   ADD TO CART

FREE SHIPPING
Usually ships within 3-4 Business Days

✓ IN STOCK

be the first to Write a review

Full Description | Shipping Info

**BSN Sports Bulls-Eye Washers Game**

The Washer Toss Game is a fun outdoor activity that can be enjoyed by people of all ages. It

Specifications

- Metal washers afford ample weight for easy tossing