Exhibit C



PRODUCED FOR BSN SPORTS. INC.

P.O. NO. KY7187876

KY XM06-1118

CODE NO. 1268874

QTY.: 2 SETS

ITEM DESC.: WASHERS TOSS GAME

MADE IN CHINA TO USA

C/NO. 55





PRODUCED FOR BSN SPORTS,INC.
KYXM06-1118
CODE NO.1268874
P.O.NO.KY7187876
MADE IN CHINA

8  42569 06777  9







