Exhibit D

# Order Details

Ordered on March 29, 2019 | Order# 111-4480165-8404264

[View or Print invoice]

**Shipping Address**
P&P Imports
3233 W CASTOR ST
SANTA ANA, CA 92704-3905
United States

**Payment Method**


**Order Summary**
Item(s) Subtotal: $40.26
Shipping & Handling: $0.00
Total before tax: $40.26
Estimated tax to be collected: $0.00
Grand Total: $40.26

See tax and seller information

∨ Transactions

**Delivered today**
Signed by: AABLA



GoSports Premium Birch Wood Washer Toss Game
Sold by: OJCommerce
$40.26
Condition: New

[Buy it again]

[Track package]
[Problem with order]
[Return or replace items]
[Share gift receipt]
[Leave seller feedback]
[Archive order]

Sports & Outdoors › Sports & Fitness › Leisure Sports & Game Room › Outdoor Games & Activities › Toss Games › Washers

You purchased this item on March 29, 2019.
View this order

Share

## GoSports Premium Birch Wood Washer Toss Game
by GoSports
★★★★☆ ~ 212 customer reviews | 10 answered questions
Amazon's Choice for "washers game"

List Price: $49.99
Price: **$42.42** ✓prime
You Save: $7.57 (15%)

Thank you for being a Prime member. Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

**Note:** Available at a lower price from other sellers, potentially without free Prime shipping.

- BACKYARD CLASSIC: Includes 2 targets & 8 washers, fully assembled so friends and family are playing in no time
- HANDCRAFTED: Premium birch wood with mitered corner joints
- REGULATION SIZE: Perfect for enthusiasts, set meets regulation size guidelines for practice and competitive use
- PORTABILITY: Targets latch together for easy transportation and storage
- FUN FOR ALL: A guaranteed hit with players of all ages and skill levels

New (3) from $41.11 & FREE shipping.

Report incorrect product information.



Roll over image to zoom in

$42.42
✓prime

Get FREE Delivery **Monday** if you choose this date at checkout, or
Get it **Tomorrow** if you order within 7 hrs 42 mins and choose paid shipping at checkout. Details

In Stock.

Qty: 1

Add to Cart

Buy Now

Ships from and sold by Amazon.com. Gift-wrap available.

Deliver to P&P - Santa Ana 92704

Add to List

Add to your Dash Buttons

FREE Same-Day Pickup

amazon pickup locations



IGNAT GAMES
Take your darts game to the pro level
› Shop now

Ad feedback

### Other Sellers on Amazon

Add to Cart
$41.11
+ Free Shipping
Sold by: CJCommerce

Add to Cart
$44.99
+ Free Shipping
Sold by: GoBrands

New (3) from $41.11 & FREE shipping.

Ignat Games Steel Tip Darts - Professional Darts with
★★★★☆ (1978 seller ratings)
95% positive over the past 12 months.
Sold by GoBrands
In Stock.
Ships from CA, United States.
Shipping rates and return policy.

Frequently bought together