Exhibit E









CODE NO.:1268874

QTY:    2    SETS

NET W.:  4.9  KGS

GROSS W.: 5.9 KGS

MEAS.:34.5X33.5X34CM

PRODUCED FOR BSN SPORTS,INC.
P.O. NO.KY6710289
KYXM06-0818
CODE NO.1268874
QTY.:  2  SETS
ITEM DESC.:WASHERS TOSS GAME
MADE IN CHINA TO USA
C/NO. 38

PRODUCED FOR BSN SPORTS,INC.
KYXM06-0818
CODE NO.1268874
P.O.NO.KY6710289
MADE IN CHINA

8 42569 06777 9

