Exhibit F

# United States of America
## United States Patent and Trademark Office

# GoSports

**Reg. No. 4,802,471**  
**Registered Sep. 1, 2015**  
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

P&P IMPORTS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)  
2120 PLACENTIA AVE  
COSTA MESA, CA 92627

FOR: SPORTING GOODS, NAMELY, OUTDOOR GAMES, AND THE EQUIPMENT USED TO PLAY THOSE GAMES, NAMELY, CORNHOLE GAMES, LADDER TOSS GAMES, WASHER TOSS GAMES, TAILGATE TABLE GAMES, DISC GAMES, ULTIMATE DISCS, FOOTBALL AND SOCCER GAMES COMPRISED OF BALLS AND GOALS, TOSS GAMES COMPRISED OF BEAN BAGS AND GAME BOARDS THEREFOR, NET GAMES COMPRISED OF BALLS AND RACKETS, AND NIGHTTIME VERSIONS OF THESE GOODS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-1-2013; IN COMMERCE 12-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-403,657, FILED 9-23-2014.

JENNIFER BUTTON, EXAMINING ATTORNEY



*Michelle K. Lee*  
Director of the United States  
Patent and Trademark Office