# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P IMPORTS LLC,<br><br>                                              Plaintiff(s)<br>                   v.<br><br>OJCOMMERCE, LLC et. Al.<br><br>                                              Defendant(s). | CASE NUMBER<br><br>8:19-cv-00898-AG-KES<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hecht, Shlomo Y          of   Shlomo Y Hecht, PA
*Applicant's Name (Last Name, First Name & Middle Initial)*           11651 Interchange Cir S
954-861-0025                                                           Miramar, FL 33025
*Telephone Number     Fax Number*
sam@hechtlawpa.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

OJCommerce, LLC; and
OJCommerce.com, Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Lee, Jen-Feng             of   LT PACIFIC LAW GROUP LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           17800 Castleton Street, Suite 560
204328            626-810-7200                                        City of Industry, CA 91748
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
jflee@ltpacificlaw.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: May 31, 2019**

                                                                 _____
                                                                             **U.S. District Judge**