Shlomo Y Hecht, PHV (FL Bar # 127144)
sam@hechtlawpa.com
Shlomo Y Hecht, PA
11651 Interchange Cir S
Miramar, FL 33025
T: 954-861-0025
Lead counsel

Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
LT Pacific Law Group LLP
17800 Castleton Street, #560
City of Industry, CA 91748
(626) 810-7200 phone
(626) 810-7300 fax
Designated local counsel

Attorneys for Defendants OJ COMMERCE, LLC and OJCOMMERCE.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| P AND P IMPORTS LLC | Case No. 8:19-cv-00898-AG-KES |
|---|---|
| Plaintiff, | |
| v. | **NOTICE AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR ALTERNATIVELY TO TRANSFER** |
| OJCOMMERCE, LLC, et al., | |
| Defendants. | |
| | **Hearing Date:** Aug 12, 2019<br>**Time:** 10:00 AM<br>**Judge:** Hon. Andrew J. Guilford<br>**Courtroom:** 10D |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

    PLEASE TAKE NOTICE that on August 12, 2019 at 10:00 AM, or as soon thereafter as this matter may be heard in the above-entitled Court located at 411 West 4th Street, Santa Ana, CA 92701, the Defendants OJ COMMERCE, LLC and

OJCOMMERCE.COM, INC., will move this Court to dismiss the complaint filed against them by Plaintiff P AND P IMPORTS LLC, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), or alternatively for this case to be transferred to the Southern District of Florida, pursuant to 28 U.S.C. § 1404(a).

This motion is based upon the following documents:

1. MEMORANDUM OF POINTS AND AUTHORITIES
2. AFFIDAVIT OF JACOB WEISS

the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Pursuant to Local Rule 7-3, Defendants sent an email dated June 17, 2019, 12:00 PM to Plaintiffs' counsel, giving the written substance of the intended motion, as part of the meet and confer.

On or about 7:00 PM, July 1, 2019, a phone conference was held and went over the substance of the intended motion for relief.

DATED: July 8, 2019

                                BY: /s/ Shlomo Y Hecht
                                Shlomo Y Hecht
                                Attorney for Defendants OJ COMMERCE,
                                LLC and OJCOMMERCE.COM, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on July 8, 2019.

1. **NOTICE AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR ALTERNATIVELY TO TRANSFER;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION;**
3. **AFFIDAVIT OF JACOB WEISS IN SUPPORT OF MOTION;**
4. **AND PROPOSED ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed July 8, 2019, at Miramar, Florida.

                                        BY: /s/ Shlomo Y Hecht
                                        Shlomo Y Hecht