Shlomo Y Hecht, PHV (FL Bar # 127144)
sam@hechtlawpa.com
Shlomo Y Hecht, PA
11651 Interchange Cir S
Miramar, FL 33025
T: 954-861-0025
Lead counsel

Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
LT Pacific Law Group LLP
17800 Castleton Street, #560
City of Industry, CA 91748
(626) 810-7200 phone
(626) 810-7300 fax
Designated local counsel

Attorneys for Defendants OJ COMMERCE, LLC and OJCOMMERCE.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P AND P IMPORTS LLC | Case No. 8:19-cv-00898-AG-KES |
| Plaintiff, | |
| v. | **DECLARATION IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR ALTERNATIVELY TO TRANSFER** |
| OJCOMMERCE, LLC, et al., | |
| Defendants. | |
| | **Hearing Date:** Aug 12, 2019
**Time:** 10:00 AM
**Judge:** Hon. Andrew J. Guilford
**Courtroom:** 10D |

1. My name is JACOB WEISS. I make this affidavit in support of DEFENDANT OJ COMMERCE LLC MOTION TO DISMISS, in the above styled case. The facts in this affidavit are based on my own personal knowledge and if called as a witness I could, and would, testify competently to those facts.

2. I'm currently a legally authorized agent and officer of OJ COMMERCE LLC ("OJC"), and I am familiar with the company's business operations, and the underlying issues relating to Plaintiff P AND P IMPORTS LLC ("Plaintiff")'s complaint.

3. OJC sells hundreds of thousands of products online, provided by hundreds of different vendors and distributors; including a product named BULLS-EYE WASHERS GAME, distributed by BSN SPORTS.

4. OJC uses an automated system that is integrated with Amazon, Walmart, and other marketplaces to match up OJC's items with Amazon Standard Identification Numbers ("ASIN"). Once an item is matched with an ASIN, the automated system updates OJC's website and its other media with the information provided by Amazon for that ASIN.

5. At the beginning of 2019, Walmart, through its automated system, provided a file to OJC, suggesting that its BULLS-EYE WASHERS GAME is the same item as Amazon ASIN number B00G6RU1G4, which is Plaintiff's product called the WASHER TOSS, identified by Plaintiff in the complaint as the owner of its intellectual property.

6. Based on Walmart's recommendation, OJC's automated system erroneously matched up its BULLS-EYE WASHERS GAME with Plaintiff's WASHER TOSS.

7. The error was accidental and unintentional, without any knowledge that its BULLS-EYE WASHERS GAME was erroneously mismatched with Plaintiff's WASHER TOSS.

8. Furthermore, OJC was never aware of Plaintiff's WASHER TOSS

product, that Plaintiff claims intellectual property rights to ASIN number B00G6RU1G4, nor that WASHER TOSS's intellectual property rights belong to a company in California.

9. Plaintiff never informed OJC that it is infringing on its intellectual property.

10. OJC first became aware about the erroneous product mismatch when this action was initiated against it on May 14, 2019.

11. Immediately thereafter, OJC removed the erroneous listing from its website, amazon.com, and all other forms of electronic media.

12. During the period the products were mismatched, OJC sold a total of 50 units of the BULLS-EYE WASHERS GAME. Out of the 50 units, 4 were sold to California residents, 2 of those 4 were orders placed by Plaintiff itself.

13. OJC has reached out to Plaintiff and offered to pay $1,250, an amount substantially more than all the profits OJC earned from the 50 units it sold, but Plaintiff refused to accept it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2019, in Miramar, Florida

_____
Jacob Weiss
For Defendant OJ Commerce, LLC