

NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| P&P IMPORTS LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>OJCOMMERCE, LLC a Delaware Limited liability company; OJCOMMERCE.COM, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00898-AG-KES<br>Hon. Andrew J. Guilford<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS MOTION TO DISMISS** |

**ORDER**

The Court, having reviewed the JOINT STIPULATION TO CONTINUE DEFENDANTS HEARING ON MOTION TO DISMISS and finding good cause therein, hereby issues an Order to:

1. Continue the Hearing on Defendants, OJCOMMERCE, LLC and OJCOMMERCE.COM's, Motion to Dismiss Plaintiff's First Amended Complaint or Alternatively to Transfer (Dkt. No. 23) from August 12, 2019 at 10:00 am to **Monday September 16, 2019 at 10:00 am,** with Plaintiffs' opposition papers to be filed and served not less than 14 calendar days prior to the continued hearing date; and, Defendant's reply papers, if any, not later than 7 days prior to the continued hearing date.

IT IS SO ORDERED.

Dated: July 18, 2019

**Hon. Andrew J. Guilford**
UNITED STATES
DISTRICT COURT JUDGE