UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-00898-AG (KESx) | Date | September 16, 2019 |
|---|---|---|---|
| Title | P and P Imports LLC v. OJCommerce, LLC, et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Casey Kemper                           Shlomo Hecht (telephonically)

**PROCEEDINGS:    SCHEDULING CONFERENCE**

**DEFENDANT'S MOTION TO DISMISS [23]**

SCHEDULING CONFERENCE:

Cause is called for hearing and counsel make their appearances.   Court and counsel confer. The Court sets the following dates:

Discovery Cut-off is July 20, 2020.

A Final Pretrial Conference is set for **October 5, 2020, at 8:30 a.m.**   A Jury Trial is set for **October 20, 2020 at 9:00 a.m.**   Court sets the length of the trial at 4 days.

Counsel stipulate to and the Court orders ADR Procedure No. 2.

Scheduling Order Specifying Procedures is signed and filed this date.

//

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-00898-AG (KESx) | Date | September 16, 2019 |
| Title | P and P Imports LLC v. OJCommerce, LLC, et al | | |

MOTION:

Motion hearing held. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order to issue.

**SCHED CONF 0:08**
**MOTION: 0:03**

                                                               0 : 11

Initials of Deputy Clerk    mku

cc: ADR